# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1886

Hugo Rodriguez Chavez v. Warden Erie County Prison, et al

(U.S. District Court No.: 1:25-cv-00267)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    June 10, 2026
LMR/cc:   Kerry Q. Battenfeld, Esq.
Sarah E. Decker, Esq.
Sarah T. Gillman, Esq.
Laura S. Irwin, Esq.
Brandy S. Lonchena,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate